UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT BLOOM,<br><br>            Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 23-mc-80127-LJC<br><br>**ORDER RE: MOTION TO COMPEL DOCUMENT PRODUCTION AND DEPOSITION BY META PLATFORMS, INC., PURSUANT TO SUBPOENA**<br><br>Re: Dkt. No. 1 |

Plaintiff Everett Bloom's motion to compel is not "part of an ongoing civil case" in this Court, so a ruling on the motion will "necessarily dispose[] of the ultimate relief sought." Cf. CPC Pat. Techs. Pty Ltd. v. Apple, Inc., 34 F.4th 801, 808 (9th Cir. 2022) (internal quotation marks and citation omitted) (addressing an application for foreign discovery assistance under 28 U.S.C. § 1782). Therefore, the Court construes the motion as a "dispositive matter," which means that the undersigned cannot issue a binding ruling on the motion "without the parties' consent." Id.; see also 28 U.S.C. §§ 636(b)(1), (c)(1); Fed. R. Civ. P. 72(b)(1). Accordingly, Plaintiff shall serve the motion and this Order on Meta Platforms, Inc. (Meta) and Zuffa LLC (the defendant in the underlying litigation) by no later than May 9, 2023, and file proof of service. By May 23, 2023, the parties shall file either the consent or declination form indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

//

//

//

If and when the parties consent, the Court will set a briefing schedule and hearing date for the motion. If the parties do not consent, the case will be randomly assigned to a District Judge of this Court.

**IT IS SO ORDERED.**

Dated: May 2, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge