UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT BLOOM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 23-mc-80127-LJC<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING**<br><br>Re: ECF. No. 1 |

　　　Pending before the Court is Plaintiff Everett Bloom's Motion to Compel Document Production and Deposition by Defendant Meta Platforms, Inc. (Meta). ECF No. 1. Both parties have both consented to the undersigned's jurisdiction in accordance with the provisions of 28 U.S.C. § 636(c). ECF Nos. 5, 6. Accordingly, the Court sets the briefing schedule as follows: Meta's Opposition is due by June 8, 2023; Plaintiff's Reply is due by June 15, 2023. The Court sets a hearing for this matter on June 22, 2023, at 1:30 p.m., via Zoom videoconferencing.

　　　**IT IS SO ORDERED.**

Dated: May 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge