Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

*Attorney for Non-Party Meta Platforms, Inc.*

Seth A. Safier (State Bar. No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Anthony J. Patek (State Bar. No. 228964)
anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO META PLATFORMS, INC.<br><br>IN CONNECTION WITH<br><br>EVERETT BLOOM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ZUFFA, LLC,<br><br>　　　　　　　Defendant. | Misc. No. 3:23-mc-80127-LJC<br><br>Case No. 2:22-cv-00412-RFB-BNW<br>Pending in the District of Nevada<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION TO COMPEL**<br><br>Judge: The Honorable Lisa J. Cisneros<br>Hearing Date: June 22, 2023<br>Time: 1:30 p.m.<br>Place: Zoom Videoconference<br><br>Complaint Filed: March 4, 2022 (D. Nev.) |

WHEREAS, on April 25, 2023, Plaintiff Everett Bloom filed a motion to compel non-party production and deposition by Meta Platforms, Inc. in connection with *Bloom* v. *Zuffa, LLC*, Case No. 2:22-cv-00412-RFB-BNW (D. Nev.);

WHEREAS, the Court issued an order on May 2, 2023 directing Plaintiff to serve his motion to compel on Meta and file proof of service no later than May 9, 2023 and directing the parties to file a consent or declination form indicating whether they consented to the jurisdiction of the Magistrate Judge in this matter by May 23, 2023;

WHEREAS, Plaintiff and Meta each consented to the jurisdiction of the Magistrate Judge in this matter on May 23, 2023;

WHERAS, on May 25, 2023, the Court set a briefing schedule and hearing on Plaintiff's motion to compel;

WHEREAS, pursuant to the Court's May 25, 2023 order, Meta's brief in opposition to the motion to compel currently is due no later than June 8, 2023 and Plaintiff's reply brief is due no later than June 15, 2023;

WHEREAS, the hearing on Plaintiff's motion to compel currently is scheduled for June 22, 2023 at 1:30 PM PST by Zoom videoconferencing;

WHEREAS, Plaintiff and Meta are actively discussing resolution of Plaintiff's current motion to compel and subpoena;

WHEREAS, Plaintiff and Meta parties have conferred and agreed that an extension of the briefing schedule and hearing date would allow them to continue their discussions;

WHEREAS, Plaintiff and Meta have agreed, subject to the Court's approval, to extend Meta's deadline to file its opposition to the motion to compel to June 22, 2023; to extend Plaintiff's deadline to file a reply in support of the motion to compel to June 29, 2023; and to continue the hearing on the motion to compel to July 6, 2023, at 1:30 p.m., via Zoom videoconferencing.

WHEREAS, there is good cause in support of an extension of the briefing schedule and hearing, namely, to facilitate Plaintiff's and Meta's ongoing discussions to resolve Plaintiff's motion to compel and subpoena;

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105

WHEREAS, the proposed extension will not prejudice the interests of the parties or the Court;

WHEREAS, there have been no extensions granted in this matter to date;

NOW, THEREFORE, pursuant to Civil L.R. 6-2 and subject to the approval of the Court, Plaintiff and Meta, by and through their respective counsel, hereby stipulate and agree to extend Meta's deadline to file a brief in opposition to the motion to compel to June 22, 2023; extend Plaintiff's deadline to file a reply brief in support of the motion to compel to June 29, 2023; and to reset the hearing on this matter to July 6, 2023, at 1:30 pm, via Zoom videoconferencing.

Accordingly, Plaintiff and Meta respectfully request that the Court issue an order extending the deadlines and resetting the hearing.

Dated: June 5, 2023           **JENNER & BLOCK LLP**

By: */s/ Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:    (628) 267-6800
Facsimile:    (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

*Attorneys for Meta Platforms, Inc.*

Dated: June 5, 2023           **GUTRIDE SAFIER LLP**

By: */s/ Anthony J. Patek*

Seth A. Safier (State Bar. No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Anthony J. Patek (State Bar. No. 228964)
anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby **GRANTS** the parties' Stipulation. It is **HEREBY ORDERED** that:

1. Meta Platforms, Inc.'s deadline to file a brief in opposition to the motion to compel is extended to June 22, 2023;

2. Plaintiff Everett Bloom's deadline to file a reply brief in support of his motion to compel is extended to June 29, 2023;

3. The hearing for this matter is reset to July 6, 2023, at 1:30 pm, via Zoom videoconferencing.

**IT IS SO ORDERED**.

Dated: _____        _____
                                 The Honorable Lisa J. Cisneros
                                 United States Magistrate Judge

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

By: */s/ Laurie Edelstein*
Laurie Edelstein

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105

FILER'S ATTESTATION  Misc. No. 3:23-mc-80127-LJC