1   Seth A. Safier (State Bar. No. 197427)
    seth@gutridesafier.com
2   Marie A. McCrary (State Bar No. 262670)
    marie@gutridesafier.com
3   Anthony J. Patek (State Bar. No. 228964)
    anthony@gutridesafier.com
4   100 Pine Street, Suite 1250
    San Francisco, CA 94111
5   Telephone: (415) 639-9090
    Facsimile: (415) 449-6469
6
    *Attorneys for Plaintiff Everett Bloom*
7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  IN RE: SUBPOENA TO META PLATFORMS,      )   Misc. No. 3:23-mc-80127-LJC
    INC.                                    )
12                                          )   Case No. 2:22-cv-00412-RFB-BNW
    IN CONNECTION WITH                      )   Pending in the District of Nevada
13                                          )
    EVERETT BLOOM,                          )   **STIPULATION EXTENDING**
14                                          )   **DEADLINES FOR MOTION TO**
                          Plaintiff,        )   **COMPEL; ORDER**
15                                          )
            v.                              )
16                                          )   Judge: The Honorable Lisa J. Cisneros
                                            )   Hearing Date: July 25, 2023
17  ,                                       )   Time: 10:00 a.m.
    ZUFFA, LLC,                             )   Place: Zoom Videoconference
                          Defendant.        )
18                                          )
                                            )
19  _____)

20

21

22

23

24

25

26

27

28

---

STIPULATION EXTENDING DEADLINES FOR MOTION TO COMPEL
AND ORDER                                                     Misc. No. 3:23-mc-80127-LJC

1            **STIPULATION REGARDING MOTION TO COMPEL AND SUBPOENA**

2            WHEREAS, on December 15, 2022, Plaintiff Everett Bloom served a subpoena for the

3    production of documents and testimony on non-party Meta Platforms, Inc. in connection with

4    *Bloom* v. *Zuffa, LLC*, Case No. 2:22-cv-00412-RFB-BNW (D. Nev.);

5            WHEREAS, on April 25, 2023, Plaintiff filed a motion to compel non-party production

6    and deposition by Meta Platforms, Inc., instituting this action;

7            WHEREAS, the Court issued an order on May 2, 2023 directing Plaintiff to serve his

8    motion to compel on Meta and file proof of service no later than May 9, 2023 and directing the

9    parties to file a consent or declination form indicating whether they consented to the jurisdiction

10   of the Magistrate Judge in this matter by May 23, 2023;

11           WHEREAS, Plaintiff and Meta each consented to the jurisdiction of the Magistrate Judge

12   in this matter on May 23, 2023;

13           WHEREAS, on May 25, 2023, the Court set a briefing schedule and hearing on Plaintiff's

14   motion to compel;

15           WHEREAS, pursuant to the Court's May 25, 2023 order, Meta's brief in opposition to

16   the motion to compel was due no later than June 8, 2023 and Plaintiff's reply brief was due no

17   later than June 15, 2023;

18           WHEREAS, the hearing on Plaintiff's motion to compel was originally scheduled for June

19   22, 2023 at 1:30 PM PST by Zoom videoconferencing;

20           WHEREAS, on June 5, 2023, Plaintiff and Meta filed a stipulation to extend the briefing

21   schedule and continue the hearing date on Plaintiff's motion to compel in light of their active

22   negotiations to resolve Plaintiff's motion to compel and subpoena;

23           WHEREAS, on June 5, 2023, the Court issued an order (Dkt. No. 9) extending Meta's

24   deadline to file its opposition to the motion to compel to June 22, 2023; extending Plaintiff's

25   deadline to file a reply in support of the motion to compel to June 29, 2023; and continuing the

26   hearing on the motion to compel to July 25, 2023, at 10:00 a.m., via Zoom videoconferencing;

27           WHEREAS, Plaintiff and Meta have reached an agreement that will resolve Plaintiff's

28   motion to compel and subpoena but additional time is needed to implement the agreement;

1    NOW, THEREFORE, pursuant to Local Civil Rule 7-12, subject to the approval of the

2  Court, Plaintiff and Meta, by and through their respective counsel, hereby stipulate and agree that

3  the deadlines for Meta's response to the motion to compel shall be extended from June 22, 2023

4  to August 17, 2023, Plaintiff's reply shall be extended from June 29, 2023, to August 24, 2023,

5  and the hearing on Plaintiff's motion to compel currently set for July 25, 2023 at 10:00 a.m. by

6  Zoom videoconference be rescheduled to September 12, 2023 at 10:00 a.m. in the event a hearing

7  is necessary.

8    Accordingly, Plaintiff and Meta respectfully request that the Court issue an order extending

9  the briefing schedule and resetting the hearing on Plaintiff's motion to compel.

10    **IT IS SO STIPULATED.**

11  Dated: June 16, 2023                    **GUTRIDE SAFIER LLP**

12

13                                          By: /s/ Anthony J. Patek

14                                          Seth A. Safier (State Bar. No. 197427)
                                            seth@gutridesafier.com

15                                          Marie A. McCrary (State Bar No. 262670)
                                            marie@gutridesafier.com

16                                          Anthony J. Patek (State Bar. No. 228964)
                                            anthony@gutridesafier.com

17                                          100 Pine Street, Suite 1250
                                            San Francisco, CA 94111

18                                          Telephone: (415) 639-9090
                                            Facsimile: (415) 449-6469

19                                          *Attorneys for Plaintiff Everett Bloom*

20  Dated: June 16, 2023                    **JENNER & BLOCK LLP**

21                                          By: /s/ Laurie Edelstein

22                                          Laurie Edelstein (Bar No. 164466)

23                                          Paige Zielinski (Bar No. 318639)
                                            JENNER & BLOCK LLP

24                                          455 Market Street, Suite 2100
                                            San Francisco, California 94105

25                                          Telephone:    (628) 267-6800
                                            Facsimile:    (628) 267-6859

26                                          ledelstein@jenner.com
                                            pzielinski@jenner.com

27                                          *Attorneys for Meta Platforms, Inc.*

28

STIPULATION EXTENDING DEADLINES FOR MOTION TO COMPEL
AND ORDER                                                    Misc. No. 3:23-mc-80127-LJC

1

**ORDER**

2          Having considered the parties' Stipulation, and good cause appearing therefore, the Court

3  hereby **ORDERS**:

4          1.       Meta Platforms, Inc.'s deadline to file a brief in opposition to the motion to

5  compel is extended to August 17, 2023;

6          2.       Plaintiff Everett Bloom's deadline to file a reply brief in support of his motion to

7  compel is extended to August 24, 2023; and

8          3.       The hearing for this matter is reset to September 12, 2023 at 10:00 a.m.

9          **IT IS SO ORDERED**.

10  Dated: June 20, 2023

11  _____
    The Honorable Lisa J. Cisneros
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER                                                                    Misc. No. 3:23-mc-80127-LJC