Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:    (628) 267-6800
Facsimile:     (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

*Attorneys for Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO META PLATFORMS, INC.<br><br>IN CONNECTION WITH<br><br>EVERETT BLOOM,<br><br>                Plaintiff,<br><br>  v.<br><br>ZUFFA, LLC,<br><br>                Defendant. | Misc. No. 3:23-mc-80127-LJC<br><br>Case No. 2:22-cv-00412-RFB-BNW<br>Pending in the District of Nevada<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE FOR MOTION TO COMPEL; ORDER**<br><br>Judge: The Honorable Lisa J. Cisneros<br>Hearing Date: September 12, 2023<br>Time: 10:00 a.m.<br>Place: Zoom Videoconference |

**STIPULATION REGARDING MOTION TO COMPEL AND SUBPOENA**

WHEREAS, on December 15, 2022, Plaintiff Everett Bloom served a subpoena for the production of documents and testimony on non-party Meta Platforms, Inc. in connection with *Bloom* v. *Zuffa, LLC*, Case No. 2:22-cv-00412-RFB-BNW (D. Nev.);

WHEREAS, on April 25, 2023, Plaintiff filed a motion to compel non-party production and deposition by Meta Platforms, Inc., instituting this action;

WHEREAS, the Court issued an order on May 2, 2023 directing Plaintiff to serve his motion to compel on Meta and file proof of service no later than May 9, 2023 and directing the parties to file a consent or declination form indicating whether they consented to the jurisdiction of the Magistrate Judge in this matter by May 23, 2023;

WHEREAS, Plaintiff and Meta each consented to the jurisdiction of the Magistrate Judge in this matter on May 23, 2023;

WHEREAS, on May 25, 2023, the Court set a briefing schedule and hearing on Plaintiff's motion to compel;

WHEREAS, pursuant to the Court's May 25, 2023 order, Meta's brief in opposition to the motion to compel currently is due no later than June 8, 2023 and Plaintiff's reply brief is due no later than June 15, 2023;

WHEREAS, the hearing on Plaintiff's motion to compel was originally scheduled for June 22, 2023 at 1:30 PM PST by Zoom videoconferencing;

WHEREAS, on June 5, 2023, Plaintiff and Meta filed a stipulation to extend the briefing schedule and continue the hearing date on Plaintiff's motion to compel in light of their active negotiations to resolve Plaintiff's motion to compel and subpoena;

WHEREAS, on June 5, 2023, the Court issued an order (Dkt. No. 9) extending Meta's deadline to file its opposition to the motion to compel to June 22, 2023; extending Plaintiff's deadline to file a reply in support of the motion to compel to June 29, 2023; and continuing the hearing on the motion to compel to July 25, 2023, at 10:00 a.m., via Zoom videoconferencing;

WHEREAS, on June 20, 2023, the Court issued an order (Dkt. No. 11) extending Meta's deadline to file its opposition to the motion to compel to August 17, 2023; extending Plaintiff's

1  deadline to file a reply in support of the motion to compel to August 24, 2023; and continuing the
2  hearing on the motion to compel to September 12, 2023, at 10:00 a.m., via Zoom
3  videoconferencing;

4  WHEREAS, Plaintiff and Meta have reached an agreement that will resolve Plaintiff's
5  motion to compel and subpoena but additional time is needed to implement the agreement;

6  NOW, THEREFORE, pursuant to Local Civil Rule 7-12, subject to the approval of the
7  Court, Plaintiff and Meta, by and through their respective counsel, hereby stipulate and agree that
8  the deadlines for Meta's response to the motion to compel shall be extended from August 17, 2023
9  to August 24, 2023; Plaintiff's reply shall be extended from August 24, 2023 to August 31, 2023.
10 The hearing on Plaintiff's motion to compel will remain scheduled for September 12, 2023 at 10:00
11 a.m. by Zoom videoconference in the event a hearing is necessary.

12 Accordingly, Plaintiff and Meta respectfully request that the Court issue an order extending
13 the briefing schedule on Plaintiff's motion to compel.

14 **IT IS SO STIPULATED.**

15 Dated: August 14, 2023                           **GUTRIDE SAFIER LLP**

17                                                 By:   */s/ Anthony J. Patek*

18                                                 Seth A. Safier (State Bar. No. 197427)
                                                   seth@gutridesafier.com
19                                                 Marie A. McCrary (State Bar No. 262670)
                                                   marie@gutridesafier.com
20                                                 Anthony J. Patek (State Bar. No. 228964)
                                                   anthony@gutridesafier.com
21                                                 100 Pine Street, Suite 1250
                                                   San Francisco, CA 94111
22                                                 Telephone: (415) 639-9090
                                                   Facsimile: (415) 449-6469

23                                                 *Attorneys for Plaintiff Everett Bloom*

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

STIPULATION EXTENDING BRIEFING SCHEDULE
FOR MOTION TO COMPEL AND ORDER                                    Misc. No. 3:23-mc-80127-LJC
3

| | |
|---|---|
| Dated: August 14, 2023 | **JENNER & BLOCK LLP** |
| | By:    */s/ Laurie Edelstein* |
| | Laurie Edelstein (Bar No. 164466)<br>Paige Zielinski (Bar No. 318639)<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, California 94105<br>Telephone:   (628) 267-6800<br>Facsimile:   (628) 267-6859<br>ledelstein@jenner.com<br>pzielinski@jenner.com |
| | *Attorneys for Meta Platforms, Inc.* |

# ORDER

Having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby **ORDERS**:

1. Meta Platforms, Inc.'s deadline to file a brief in opposition to the motion to compel is extended to August 24, 2023;

2. Plaintiff Everett Bloom's deadline to file a reply brief in support of his motion to compel is extended to August 31, 2023; and

3. The hearing for this matter remains set for September 12, 2023 at 10:00 a.m. by videoconference in the event a hearing is necessary.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: August 15, 2023

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

ORDER                                        Misc. No. 3:23-mc-80127-LJC