UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT BLOOM, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 23-mc-80319-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On 12/6/2023, Plaintiffs filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Lisa J. Cisneros to determine whether it is related to *In re Subpoena to Meta Platform, Inc.*, 23-mc-80127.

**IT IS SO ORDERED.**

Dated: December 21, 2023

　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge